MELINDA L. HAAG, CSBN 132612
United States Attorney
DONNA L. CALVERT, ISBN 6191786
Regional Chief Counsel, Region IX
Social Security Administration
SHARON LAHEY, CSBN 263027
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 977-8963
Facsimile: (415) 744-0134
E-Mail: Sharon.Lahey@ssa.com

Attorneys for the Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ASHLEY M. SMITH, <br><br> Plaintiff, <br><br> vs. <br><br> CAROLYN W. COLVIN, Acting Commissioner Of Social Security, <br><br> Defendant. | CIVIL NO. 3:14-cv-05082-WHO <br><br> **STIPULATION FOR EXTENSION OF TIME** |

     IT IS HEREBY STIPULATED, by and between Ashley M. Smith (Plaintiff) and Carolyn W. Colvin, Acting Commissioner of Social Security (Defendant), by and through their respective counsel of record, that Defendant shall have an extension of time of thirty (30) days to file her response to Plaintiff's motion for summary judgment (Docket No. 16).  The current due date is May 11, 2015.  The new due date will be June 10, 2015.  This is the first extension of time requested in the above-captioned matter.  Defense counsel requires this additional time because this case is being transferred to another attorney in the office who requires additional time to adequately consider and respond to the arguments Plaintiff raises in her opening brief.

STIPULATION (CIVIL NO.  3:14-cv-05082-WHO)

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated:  May 14, 2015                              SACKETT AND ASSOCIATES

By:  /s/ *Harvey Sackett*
HARVEY SACKETT
Attorneys for Plaintiff
(*As authorized by e-mail on May 14, 2015)

Dated:  May 14, 2015                              By:     /s/ *Sharon Lahey*
SHARON LAHEY
Special Assistant United States Attorney
Attorneys for Defendant

**ORDER**

GOOD CAUSE APPEARING, PURSUANT TO STIPULATION, IT IS SO ORDERED. DEFENDANT SHALL FILE HER RESPONSE TO PLAINTIFF'S OPENING BRIEF ON OR BEFORE JUNE 10, 2015.  ANY REPLY THERETO SHALL BE FILED ON OR BEFORE JUNE 24, 2015.

Dated: May 14, 2015                              _____
HON. WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE

STIPULATION (CIVIL NO. 3:14-cv-05082-WHO)