BRIAN J. STRETCH
Acting United States Attorney

DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
SHARON LAHEY
Special Assistant United States Attorney
   160 Spear Street, Suite 800
   San Francisco, California 94105
   Telephone: 415-977-8963
   Facsimile: 415-744-0134
   E-mail: Sharon.Lahey@ssa.gov

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ASHLEY M. SMITH, <br><br> Plaintiff, <br><br> vs. <br><br> CAROLYN W. COLVIN, Acting Commissioner Of Social Security, <br><br> Defendant. | CIVIL NO. 3:14-cv-05082-HSG <br><br> STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

     IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Ashley M. Smith ("Plaintiff") be awarded attorney fees in the amount six thousand dollars ($6,000.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. section 2412(d). This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. sections 1920 and 2412(d). After the Court issues an order for EAJA fees to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees to Plaintiff's counsel, Harvey Sackett, Esq., pursuant to Astrue v. Ratliff, 130 S.Ct. 2521, 2529 (2010), the ability to honor the assignment will depend on

EAJA STIPULATION & ~~PROPOSED~~ ORDER (CIVIL CASE NO.. 3:14-cv-05082-HSG)

whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees is entered, the government will determine whether they are subject to any offset. This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, expenses and costs, and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees, expenses, and costs in connection with this action. This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. section 406, subject to the provisions of the EAJA.

Respectfully submitted,

Dated: March 4, 2016                    SACKETT AND ASSOCIATES

By: /s/ *Harvey Sackett*
HARVEY SACKETT
Attorneys for Plaintiff
(*As authorized by e-mail on March 4, 2016)

Dated: March 4, 2016                    By: /s/ *Sharon Lahey*
SHARON LAHEY
Special Assistant United States Attorney
Attorneys for Defendant

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: March 4, 2016

*[signature]*
HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE